# **EXHIBIT B**

# Culinary Depot

2 Melnick Dr
Monsey, NY 10952
**Phone: 845-352-8200**
**Fax:   845-352-2700**

**Invoice Number:**
**300088**

**WWW.CULINARYDEPOTINC.COM**

**BILL TO:**

**Madison Square Tavern Inc**

**SHIP TO:**

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | RAK | | | 12/26/2014 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=300088&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

**PLEASE PAY THIS AMOUNT**     0.00

# CULINARY depot

2 Merrick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

Invoice Number:
**300374**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | RAK | | | **12/29/2014** | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=300374&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT    0.00

# CULINARY depot

2 Merrick Dr
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax:    845-352-2700**

Invoice Number:
**300714**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 12/31/2014 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=300714&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00

# CULINARY depot

2 Merrick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**301074**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 12/31/2014 | 12/31/2014 | Riva Zucker | |

**Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=301074&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| *~ | Custom Fab ~~ | 1.0000 | | 1.0000 | 0.0000 | 6,240.00 | 6,240.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE. A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 6,240.00 |
| Sales Tax: | 522.60 |
| Invoice Total: | 6,762.60 |
| Payments/Credits: | -6,762.60 |

**PLEASE PAY THIS AMOUNT** | 0.00



# Culinary Depot

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**303744**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 2 |
|---|---|---|---|---|---|---|
| Quote 266810 | NS | 11/25/2014 | 1/21/2015 | 1/21/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=303744&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALK-IN COMBO | American Panel Corporation actual dimensions 12'-6.5" x 6'-9.5" x 6'-9.5" //freezer dimensions 6'-1.5" x 4'-4" x 6'-1.75" temp of -10 deg f //Cooler dimensions 6'-1.5" x 7'-2.5" x 6'-1.75" temp 35 deg//floor: //freezer foamed in place 4" urethane floor panels 1/8" diamond aluminum treadplate//cooler foamed in place 4" urethane floor panels 1/8" diamond aluminum treadplate////Metal finishes //exposed exterior: .040 white stucco alum//interior wals .040 white stuco alum//unexposed exterior 26 ga stucco acrylume//interior ceiling .040 white stucco alum//all panels are nsf 4" foamed in place urethane, ul classifed with flame spread rating of 20.////// | 1.0000 | EA | 1.0000 | 0.0000 | 20,570.18 | 20,570.18 |
| REFRIGERATION~1 | American Panel Corporation refrigeration located indoors //walk in temp -10 freezer / 35 cooler//condensing unit located outdoors | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:      845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:

**303744**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 2 |
|---|---|---|---|---|---|---|
| **Quote 266810** | NS | **11/25/2014** | **1/21/2015** | **1/21/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=303744&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALK-IN COOLER~ | American Panel Corporation 12'-6.5" x 13'-0.25" x 7'-6" temp 35 f cooler////floor foamed in place 4" urethane floor panels 1/8" diamond aluminum treadplate////metal finishes//exposed exterior .040 white stucco alum//interior walls .040 white stucco alum//unexposed exterior 26 ga stucco acrylume//interior ceiling .040 white stucco alum// | 1.0000 | EA | 1.0000 | 0.0000 | 17,362.13 | 17,362.13 |
| 1.25 HP HERMET | American Panel Corporation includes standard evaporator coil 35 deg f cooler 208/230/60/1//includes 5 year compressor warranty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /OUTSIDELABOR | Outside Labor | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 37,932.31 |
| Sales Tax: | 3,176.83 |
| Invoice Total: | 41,109.14 |
| Payments/Credits: | -41,109.14 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

2 Merrick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

Invoice Number:
**307224**

**WWW.CULINARYDEPOTINC.COM**

**BILL TO:**

**Madison Square Tavern Inc**

**SHIP TO:**

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 1/30/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=307224&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

**INVOICE**

2 Merrick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**     845-352-2700

Invoice Number:
**311875**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

**BILL TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY  10001**

**SHIP TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY  10001**

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| so#120909 | NS | 1/28/2015 | 2/27/2015 | 2/27/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=311875&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | refrigeration install | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /DELIVERY | no delivery charge | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

**PLEASE PAY THIS AMOUNT**      0.00

# CULINARY depot

**2 Melnick Dr**
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax:    845-352-2700**

# Invoice

Invoice Number:

**312699**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| Quote 269513 | NS | 1/15/2015 | 3/12/2015 | 3/12/2015 | Riva Zucker | |

**Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=312699&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ESS3072 | S/S#430 16GA Top, 18GA shelf | 1.0000 | EA | 1.0000 | 0.0000 | 296.80 | 296.80 |
| /DELIVERY | Delivery on SO 120909 | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 296.80 |
| Sales Tax: | 24.86 |
| Invoice Total: | 321.66 |
| Payments/Credits: | -321.66 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:      845-352-2700**

Invoice Number:

**313625**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 3/17/2015 | | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313625&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY DEPOT

2 Melnick Dr
Monsey, NY  10952
Phone:  845-352-8200
Fax:     845-352-2700

**Invoice Number:**
**313626**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| Madison Square Tavern Inc | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 3/17/2015 | | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313626&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**313628**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Quote 263114** | NS | **2/12/2015** | **3/17/2015** | **3/17/2015** | Carl Casino | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313628&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9805~2 | Barstool<br>Black frame chrome footrest | 30.0000 | EA | 30.0000 | 0.0000 | 86.50 | 2,595.00 |
| 115~4 | Barstool Black Frame chro<br>me f | 12.0000 | EA | 12.0000 | 0.0000 | 57.00 | 684.00 |
| /DELIVERY | Delivery | 1.0000 | EACH | 1.0000 | 0.0000 | 300.00 | 300.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 3,579.00 |
| Sales Tax: | 299.74 |
| Invoice Total: | 3,878.74 |
| Payments/Credits: | -3,878.74 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
Phone:  845-352-8200
Fax:    845-352-2700

Invoice Number:
**313861**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 3/19/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313861&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT     0.00



# INVOICE

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DT-6R-12-X | Advance Tabco Sorting Shelf, traditional design, 42" long, holds two racks | 2.0000 | EA | 2.0000 | 0.0000 | 412.65 | 825.30 |
| WS-12-108 | Advance Tabco Shelf, wall-mounted, 12" wide, 108" long, 18 gauge type 430 stainless steel (units 84" & longer have (3) support brackets) | 2.0000 | EA | 2.0000 | 0.0000 | 195.45 | 390.90 |
| KMS-2411 | Advance Tabco Work Table, 24" wide top, with splash at rear only, 132" long, with adjustable undershelf, stainless steel frame & shelf, 16 gauge 304 series stainless steel top, 5" backsplash, stainless steel bullet feet | 1.0000 | EA | 1.0000 | 0.0000 | 1,536.45 | 1,536.45 |
| US-24-132 | Advance Tabco Work Table Undershelf, 18 gauge 430 series stainless steel, 24" wide, 132" long | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| 48S-4B24GT | Endurance Restaurant Range, 48"", gas, (4) 30,000 BTU burners with lift-off burner heads, 24"" thermostatic griddle, 7/8"" thick, 4"" wide front grease trough, (1) standard oven base, stainless steel front, sides, back riser & lift-off high shelf, fully MIG welded chassis, 6"" adjustable legs, 195,000 BTU, CSA, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 4,771.11 | 4,771.11 |

Continued



**INVOICE**

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax:    845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1675KITCF2S48 | Dormont Manufacturing Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long covered with stainless steel braid, coated with blue antimicrobial PVC, 1 Safety Quik QDV, 2 SwivelMAX, and coiled restraining cable with hardware, limited lifetime warranty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| 1GR45M | Vulcan Fryer, Gas, 15-1/2" W, free-standing, 120,000 BTU, stainless steel cabinet and 14" x 14" fry tank, 45-50 lb. shortening capacity, millivolt thermostat controls, twin baskets, adjustable casters - 2 locking, 1/2" ID / 3/4" OD rear gas connection, CSA, NSF | 2.0000 | EA | 2.0000 | 0.0000 | 2,570.95 | 5,141.90 |
| CONNECT KITVUL | Connecting Kit, securing (2) fryers together with grease strip, brackets and hardware included | 1.0000 | EA | 1.0000 | 0.0000 | 69.96 | 69.96 |
| 1675KITCF2S48PS | Dormont Manufacturing Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 Safety Quik QDV, 2 SwivelMAX, 1 pair Safety-Set with adhesive foam tape and hardware mounting options, coiled restraining cable with hardware, limited lifetime warranty | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**INVOICE**

Invoice Number:
**313974**

2 Melnick Dr
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:  845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 3 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| TPP-67~2 | Pizza Prep, 33-41Â°F pan rail, stainless steel cover, 19.5""D cutting board, stainless steel front, top & sides, (2) full doors, (4) adjustable wire shelves, includes (9) 1/3 size clear polycarbonate insert pans (top), white aluminum interior with stainless steel floor, 5"" castors, front breathing, 1/3 HP, 115v/60/1, 8.6 amps, NEMA 5-15P, 7' cord, NSF-7, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 3,846.97 | 3,846.97 |
| HS-9L | Krowne Metal Space Saver Hand Sink, wall mount, 12"W x 17"D x 12"H O.A., 20 gauge stainless steel construction, 9-3/4'' wide x 11-3/4'' front-to-back x 6" deep bowl, 8"H backsplash, low-lead compliant splash mount gooseneck faucet on 4" centers, 1-1/2" drain, mounting bracket included, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 159.71 | 159.71 |
| H-103~1 | Krowne Metal Wrist Handle Kit | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**2 Melnick Dr.**
**Monsey, NY  10952**
**Phone:   845-352-8200**
**Fax:   845-352-2700**

# INVOICE

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** **150 West 30th St (Stonefront)** **Att:Edward Dobnes** **New York, NY  10001** | **Madison Square Tavern Inc** **150 West 30th St (Stonefront)** **Att:Edward Dobnes** **New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 4 of 22 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **3/19/2015** | **3/19/2015** | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| VCH16 | Vulcan Cook/Hold Cabinet, mobile, electronic solid state controls with easy to operate knob, natural browning, cooks at 350 F/holds at 250 F, capacity (16) bun pans or (32) steam table pans, stainless steel interior and exterior, 5" casters; 2 swivel with locks, 2 rigid, 208-240v/50/60/1ph, 5700/7590 watts, 28.0/32.0 amps, 8' cord, NEMA 6-50P (NOTE: Ovens available in single phase only), cUL | 1.0000 | EA | 1.0000 | 0.0000 | 6,315.40 | 6,315.40 |
| H-103~1 | Krowne Metal Wrist Handle Kit | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| WS-12-96 | Advance Tabco Shelf, wall-mounted, 12" wide, 96" long, 18 gauge type 430 stainless steel (units 84" & longer have (3) support brackets) | 1.0000 | EA | 1.0000 | 0.0000 | 473.55 | 473.55 |
| WS-15-96 | Advance Tabco Shelf, wall-mounted, 15" wide, 96" long, 18 gauge type 430 stainless steel (units 84" & longer have (3) support brackets) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



# INVOICE

**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 5 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| T3096SEBBSE23L-X | Deluxe Work Table with Sink, 96"" W x 30"" D x 39-5/8"" H, 16/304 stainless steel top, 16"" x 20"" x 14"" deep bowl on left, 4-1/2"" backsplash with 1"" turn, 1-1/2"" dia. rolled edges front, square turndown sides, Uni-Lok gusset system, top reinforced with welded-on hat channel, adjustable stainless steel undershelf with heavy duty marine edge, 1-5/8"" dia. stainless steel legs, 1"" adjustable stainless steel feet, faucet & basket drain included, prepunched including attachment bolts for drawer assembly, NSF (FLYER) | 1.0000 | EA | 1.0000 | 0.0000 | 1,800.11 | 1,800.11 |
| 313304 | Eagle Group Faucet Upgrade, T&S deck mounted mixing faucet with 4" centers, rigid gooseneck nozzle, extra heavy duty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| 300720-X | Eagle Group Lever Handle Drain, 1-1/2" or 2" IPS connection (FLYER) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**Invoice**

9 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 | Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 6 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| FB23-1S | Beverage Air Freezer, reach-in, one-section, 23.0 cu. ft., (3) adjustable shelves, enhanced digital control, gray coated steel sides, white interior with stainless steel floor, bottom-mounted self-contained refrigeration, 3" casters, 115v/60/1, 8.7 amps, NEMA 5-15P, 1/2 HP, UL, cUL, UL-EPH, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 2,393.52 | 2,393.52 |
| WS-12-72 | Advance Tabco Shelf, wall-mounted, 12" wide, 72" long, 18 gauge type 430 stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 148.95 | 297.90 |
| *CUSTOM | Eagle Group Deluxe Work Table with Sink, 72" W x 30" D x 39-5/8" H, 16/304 stainless steel top, ( | 1.0000 | | 1.0000 | 0.0000 | 2,290.87 | 2,290.87 |
| 313304 | Eagle Group Faucet Upgrade, T&S deck mounted mixing faucet with 4" centers, rigid gooseneck nozzle, extra heavy duty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| 300720-X | Eagle Group Lever Handle Drain, 1-1/2" or 2" IPS connection (FLYER) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| ISPA-18~1 | Imperial Stock Pot Range, gas, (1) three ring burner, manual controls, open front cabinet base, cast-iron top grate, stainless steel front and sides, 6" adjustable legs with adjustable feet, 90,000 BTU, ETL, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 740.09 | 740.09 |

Continued



**Invoice**

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax:    845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 | Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 7 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1675KITCF2S48PS | Dormont Manufacturing Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 Safety Quik QDV, 2 SwivelMAX, 1 pair Safety-Set with adhesive foam tape and hardware mounting options, coiled restraining cable with hardware, limited lifetime warranty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| ZEPH-100-G SINGL | Zephaire Convection Oven, gas, single-deck, standard depth, solid state manual controls, two speed fan, (5) racks & (11) positions, dependent glass doors, interior light, stainless steel front, sides and top, 25"" stainless steel legs, 50,000 BTU, ETL, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 6,189.72 | 6,189.72 |
| 28-129S | Krowne 1 5/8"" Stem Caster, Swivel w/brake, 5"" Diameter, 220lbs per caster load capacity, grease resistant, raises height of equipment 6"" (set of 4) | 1.0000 | ST | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**2 Melnick Dr**
**Monsey, NY 10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

# INVOICE

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 8 of 22 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **3/19/2015** | **3/19/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1675KIT2S36 | Safety System Moveable Gas Connector Kit, 3/4"" inside dia., 36"" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast QD, 2 SwivelMAX, 1 full port valve, coiled restraining cable with hardware, 193,000 BTU/hr minimum flow capacity, limited lifetime warranty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| TA-11B | Advance Tabco Sink Welded Into Table Top, 16" X 20" X 12" | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| K-316-LU | Advance Tabco Wrist Handle Only, for splash or deck mounted hand sink faucet (1 pair hot & cold) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| TA-56 | Advance Tabco 5" tall NSF partition | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| TA-62D | Advance Tabco Duplex Electrical Outlet, "doghouse style", on top of work surface (each) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| NE-1022 | Panasonic Pro Commercial Microwave Oven, 1000 Watts, single shelf, with 6 minute dial timer, bottom energy feed, stainless steel front & side hinged door, cavity dimensions; 13"Wx 13"Dx 8-1/16"H, 120v/60/1-ph, 13.4 amps, UL, ETL, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 206.25 | 206.25 |

Continued



2 Melnick Dr
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

# Invoice

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 9 of 22 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **3/19/2015** | **3/19/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| TPT-120 | Hatco Pop-Up Toaster, (4) 1-1/4" wide self centering slots, individual progressive color controls, removable crumb tray, stainless steel construction | 1.0000 | EA | 1.0000 | 0.0000 | 186.45 | 186.45 |
| DP67 | Beverage Air Pizza Top Refrigerated Counter, two-section, 67" W, 27.0 cu. ft., (2) doors, (4) shelves, (3) full size pan capacity, stainless steel top with refrigerated pan rail, stainless steel exterior, aluminum interior, side-mounted self-contained refrigeration, 1/4 HP, 3" casters (2 with brakes), 19" cutting, UL, cUL, UL-EPH, NSF, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 3,370.18 | 3,370.18 |
| GRFFBL | Hatco Glo-Ray  Portable Foodwarmer, with incandescent lights, heats from above & below, with thermo controlled base, 870 watts, 7.7 amps | 1.0000 | EA | 1.0000 | 0.0000 | 597.30 | 597.30 |
| 8PLTBAG | Hatco 8 Pleat hard coated french fry bag tray | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| ST PAN 4 | Hatco Food Pan, stainless steel, 4", each | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**2 Melnick Dr**
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax: 845-352-2700**

# Invoice

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 10 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

**Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| UCF27A | Beverage Air Undercounter Freezer, one-section, 27" W, 7.3 cu. ft., (1) door, (2) shelves, stainless steel top with turned down edges, stainless steel exterior, aluminum interior, rear-mounted self-contained refrigeration, 6" casters, 1/4 hp, UL, cUL, UL-EPH, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 1,379.31 | 1,379.31 |
| MSA36 | Vulcan Heavy Duty Gas Griddle, 81,000 BTU, 36" W x 24" D x 1" thick polished steel griddle plate, embedded mechanical snap action thermostat every 12", millivolt pilot safety, manual ignition, countertop, low profile, stainless steel front, sides, front top ledge with "Cool Bullnose", front grease trough, grease can, heavy gage 4" back & tapered side splashes, 4" adjustable legs, CSA, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 3,010.40 | 3,010.40 |
| *PIPYES | Vulcan Manual push-button piezo igniters | 1.0000 | | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**2 Melnick Dr**
**Monsey, NY 10952**
**Phone:    845-352-8200**
**Fax:    845-352-2700**

# INVOICE

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 11 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| VACB36 | Vulcan Achiever Charbroiler, 36-1/8" W, countertop, (6) cast iron 17,000 BTU burners with standing pilots and cast iron radiants, heat deflector tray, supercharger burner dividers, high range infinite heat cntrol valves, fully welded chassis, stainless steel front, sides, top trim, backsplash & grease trough, cast iron top grates, 4" adjustable legs, 102,000 BTU, CSA, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 2,793.10 | 2,793.10 |
| IR-8 | Imperial Restaurant Series Range, 48", gas, (8) 32,000 BTU open burners, two 20"W x 26"D space saver ovens hold full size sheet pans, stainless front, landing ledge, sides, backguard, and high shelf, 310,000 BTU, NSF, CE, CSA | 1.0000 | EA | 1.0000 | 0.0000 | 4,669.67 | 4,669.67 |
| 1675KITCF2S48PS | Dormont Manufacturing Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 Safety Quik QDV, 2 SwivelMAX, 1 pair Safety-Set with adhesive foam tape and hardware mounting options, coiled restraining cable with hardware, limited lifetime warranty | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY  10952
Phone:  845-352-8200
Fax:    845-352-2700

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 12 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DP46 | Beverage Air Pizza Top Refrigerated Counter, one-section, 46" W, 16.7 cu. ft., (1) door, (2) shelves, (2) full size pan capacity, stainless steel top with refrigerated pan rail, stainless steel exterior, aluminum interior, side-mounted self-contained refrigeration, 1/4 HP, 3" casters (2 with brakes), 19" cutting, UL, cUL, UL-EPH, NSF, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 2,359.25 | 2,359.25 |
| HS-2L | Krowne Metal Hand Sink, wall mount, 16"W x 15"D x 14"H O.A., 20 gauge stainless steel construction, 14" wide x 10" front-to-back x 6" deep bowl, low-lead compliant splash mount gooseneck faucet, 1-1/2" drain, stainless steel construction, mounting bracket included, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 283.03 | 283.03 |
| H-103~1 | Krowne Metal Wrist Handle Kit | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| H-107~1 | Krowne Metal Side Splashes for hand sink, pair | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-S18C | Krowne Metal Royal 1800 Series, Underbar Storage Unit with Sink, 18"W x 24"D OA (to match speed rail depth), 7"H backsplash, drainboard top with sink centered, 6" waste chute, cabinet base with open stainless steel bottom shelf, stainless steel top, front, sides & legs | 3.0000 | EA | 3.0000 | 0.0000 | 837.75 | 2,513.25 |

Continued



**INVOICE**

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**  845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| Madison Square Tavern Inc | Madison Square Tavern Inc |
| 150 West 30th St (Stonefront) | 150 West 30th St (Stonefront) |
| Att:Edward Dobnes | Att:Edward Dobnes |
| New York, NY  10001 | New York, NY  10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 13 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR-701 | Krowne Metal Royal Series, Perforated Dump Basket | 3.0000 | EA | 3.0000 | 0.0000 | 0.00 | 0.00 |
| KR-311 | Krowne Metal Royal Series, Left End Splash Guard | 3.0000 | EA | 3.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-24DP-10 | Krowne Metal Royal 1800 Series, Ice Bin, 24" x 19" OA, 7" backsplash, 15" deep bin, 10-circuit cold plate w/soda line access, 1/2" drain, 100-lb capacity, bottle racks, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 1,189.28 | 2,378.56 |
| KR-321 | Krowne Metal Full Sliding Cover, for Royal ice bins (specify ice bin model) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| RS-24 | Krowne Metal Royal Series, Speed Rail, 24" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-12 | Krowne Metal Royal 1800 Series, Insulated Bottle Section, 12"w x 19"d OA, 7" backsplash, 1" drain, bottle wells - 6 bottle capacity, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 386.03 | 772.06 |
| RS-12 | Krowne Metal Royal Series, Speed Rail, 12" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

# INVOICE

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 14 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR18-GSB1 | Krowne Metal Royal 1800 Series, Underbar Glass Storage Unit, 24" x 24" OA (to match speed rail depth), 7" backsplash, drainboard top, cabinet base with rack slides for (3) 20"x20" glass racks, stainless steel bottom shelf with 1" drain, stainless steel top, front, sid | 5.0000 | EA | 5.0000 | 0.0000 | 478.17 | 2,390.85 |
| KR18-PC24 | Krowne Metal Royal 1800 Series, 24"w x 24"d POS cabinet, 26" working height. Locking door. Flat top with cord access, stainless steel side splashes. stainless steel top, front, sides and legs | 3.0000 | EA | 3.0000 | 0.0000 | 850.03 | 2,550.09 |
| KR18-12DST | Krowne Metal Royal 1800 Series, Underbar Hand Sink, 12"W x 24"D OA (to match speedrail depth), (10"W x 12"D x 7" deep bowl), 7"H backsplash, 1-1/2" drain, low-lead compliant splash mounted faucet, soap & towel dispenser, stainless steel top, front, sides & legs | 2.0000 | EA | 2.0000 | 0.0000 | 778.69 | 1,557.38 |
| KR-701 | Krowne Metal Royal Series, Perforated Dump Basket | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR-303 | Krowne Metal Royal Series, Left & Right End Splash Guard (2 each) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |

Continued



**INVOICE**

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 15 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR18-30DP-10 | Krowne Metal Royal 1800 Series, Ice Bin, 30" x 19" OA, 7" backsplash, 15" deep bin, 10-circuit cold plate w/soda line access, 1/2" drain, 120-lb capacity, bottle racks, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 1,249.30 | 2,498.60 |
| KR-321 | Krowne Metal Full Sliding Cover, for Royal ice bins (specify ice bin model) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| RS-30 | Krowne Metal Royal Series, Speed Rail, 30" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-12 | Krowne Metal Royal 1800 Series, Insulated Bottle Section, 12"w x 19"d OA, 7" backsplash, 1" drain, bottle wells - 6 bottle capacity, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 386.03 | 772.06 |
| RS-12 | Krowne Metal Royal Series, Speed Rail, 12" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| QPF-1842E-GL | Eagle Group QuadPLUS Shelf Mat, 18"W x 42"L louvered with MICROGARD antimicrobial protection, wire QuadTruss frame with EAGLEgard hybrid epoxy finish, (4) split sleeves, green, NSF | 10.0000 | EA | 10.0000 | 0.0000 | 302.26 | 3,022.60 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 16 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| QPF-1848E-GL | Eagle Group QuadPLUS Shelf Mat, 18"W x 48"L louvered with MICROGARD antimicrobial protection, wire QuadTruss  frame with EAGLEgard  hybrid epoxy finish, (4) split sleeves, green, NSF | 30.0000 | EA | 30.0000 | 0.0000 | 0.00 | 0.00 |
| QPF-1872E-GL | Eagle Group QuadPLUS Shelf Mat, 18"W x 72"L louvered with MICROGARD antimicrobial protection, wire QuadTruss  frame with EAGLEgard  hybrid epoxy finish, (4) split sleeves, green, NSF | 5.0000 | EA | 5.0000 | 0.0000 | 0.00 | 0.00 |
| /CUSTOM | mop sink | 1.0000 | EACH | 1.0000 | 0.0000 | 316.09 | 316.09 |
| B-0665-BSTR | T&S Brass Service Sink Faucet, 8" centers, 2-3/8" clearance from wall to center of faucet, 8-7/8" from wall to center of outlet, rough chrome plated finish, vacuum breaker nozzle with 3/4" garden hose thread & pail hook, built in screwdriver stops | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-12DST | Krowne Metal Royal 1800 Series, Underbar Hand Sink, 12"W x 24"D OA (to match speedrail depth), (10"W x 12"D x 7" deep bowl), 7"H backsplash, 1-1/2" drain, low-lead compliant splash mounted faucet, soap & towel dispenser, stainless steel top, front, sides & legs | 2.0000 | EA | 2.0000 | 0.0000 | 778.69 | 1,557.38 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| Madison Square Tavern Inc | Madison Square Tavern Inc |
| 150 West 30th St (Stonefront) | 150 West 30th St (Stonefront) |
| Att:Edward Dobnes | Att:Edward Dobnes |
| New York, NY 10001 | New York, NY 10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 17 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR-701 | Krowne Metal Royal Series, Perforated Dump Basket | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR-303 | Krowne Metal Royal Series, Left & Right End Splash Guard (2 each) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-24DP-10 | Krowne Metal Royal 1800 Series, Ice Bin, 24" x 19" OA, 7" backsplash, 15" deep bin, 10-circuit cold plate w/soda line access, 1/2" drain, 100-lb capacity, bottle racks, stainless steel top, front, sides and legs | 1.0000 | EA | 1.0000 | 0.0000 | 1,189.28 | 1,189.28 |
| KR-321 | Krowne Metal Full Sliding Cover, for Royal ice bins (specify ice bin model) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| RS-24 | Krowne Metal Royal Series, Speed Rail, 24" long, Single, built-in, sound deadened, stainless steel | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-12 | Krowne Metal Royal 1800 Series, Insulated Bottle Section, 12"w x 19"d OA, 7" backsplash, 1" drain, bottle wells - 6 bottle capacity, stainless steel top, front, sides and legs | 1.0000 | EA | 1.0000 | 0.0000 | 386.03 | 386.03 |
| RS-12 | Krowne Metal Royal Series, Speed Rail, 12" long, Single, built-in, sound deadened, stainless steel | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-S12 | Royal 1800 Series Underbar Storage Cabinet, drainboard top, 12""W x 24""D x 36-1/2""H, 7""H backsplash, cabinet base with open stainless steel bottom, stainless steel top, front, sides & legs | 2.0000 | EA | 2.0000 | 0.0000 | 631.27 | 1,262.54 |

Continued



# INVOICE

**2 Melnick Dr**
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax:    845-352-2700**

Invoice Number:

**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 18 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR-311 | Krowne Metal Royal Series, Left End Splash Guard | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR-SS | Krowne Metal Royal Series, Shelf, for storage cabinet, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-PC24 | Krowne Metal Royal 1800 Series, 24"w x 24"d POS cabinet, 26" working height. Locking door. Flat top with cord access, stainless steel side splashes. stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 850.03 | 1,700.06 |
| KR18-12BD | Krowne Metal Royal 1800 Series, Blender/Liquid Dump Sink, 12" x 24" OA (to match speedrail depth), 7" backsplash, 10" x 12" x 7" deep, sink bowl with 1-1/2" drain, splash mounted faucet, stainless steel top, front, sides & legs | 1.0000 | EA | 1.0000 | 0.0000 | 611.43 | 611.43 |
| KR-700~1 | Krowne Metal Royal Series, Perforated Dump Basket, 12" or 14" | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR-501 | Krowne Metal Royal Series, Towel Ring | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| 21-311 | Krowne Metal Krowne Wrist Handle Kit | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-24-10 | Krowne Metal Royal 1800 Series, Ice Bin, 24" x 19" OA, 7" backsplash, 12" deep bin, 10-circuit cold plate with soda line access, 1/2" drain, 80-lb capacity, bottle racks, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 1,091.00 | 2,182.00 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY 10952
Phone:   845-352-8200
Fax:     845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 | Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 19 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR-321 | Krowne Metal Full Sliding Cover, for Royal ice bins (specify ice bin model) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| RS-24 | Krowne Metal Royal Series, Speed Rail, 24" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| MC36B | Krowne Metal Glass Froster, 36" underbar model, self contained, top load sliding door, digital thermostat, interior floor rack, black vinyl exterior front and sides, stainless interior and top, 1/3 HP, 5.3 amps, 115v/60/1-ph, 8' cord & plug, NEMA 5-15P, ETL | 1.0000 | EA | 1.0000 | 0.0000 | 1,838.50 | 1,838.50 |
| BC-100 | Krowne Metal LED lighting kit | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-S18 | Krowne Metal Royal 1800 Series, Underbar Glass Storage Unit, 18" x 24" OA (to match speed rail depth), 7" backsplash, drainboard top, cabinet base with open stainless steel bottom, stainless steel top, front, sides & legs | 2.0000 | EA | 2.0000 | 0.0000 | 502.75 | 1,005.50 |
| KR-SS | Krowne Metal Royal Series, Shelf, for storage cabinet, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**    845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 20 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR18-12DST | Krowne Metal Royal 1800 Series, Underbar Hand Sink, 12"W x 24"D OA (to match speedrail depth), (10"W x 12"D x 7" deep bowl), 7"H backsplash, 1-1/2" drain, low-lead compliant splash mounted faucet, soap & towel dispenser, stainless steel top, front, sides & legs | 1.0000 | EA | 1.0000 | 0.0000 | 778.69 | 778.69 |
| KR-701 | Krowne Metal Royal Series, Perforated Dump Basket | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR-303 | Krowne Metal Royal Series, Left & Right End Splash Guard (2 each) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| BC48-BG | Krowne Metal Bottle Cooler, flat top, 48" W, (14.5) cases/12oz bottles capacity, (2) sliding lids, (3) adjustable chrome plated divider racks, interior galvanized walls with stainless steel floor, black vinyl over steel exterior front & sides, self-contained refrigeration with condensate evaporator, 1/3hp, 5.5amps, 115v/60hz/1-ph, NEMA 5-15P, 8' cord & plug, ETL | 1.0000 | EA | 1.0000 | 0.0000 | 1,484.12 | 1,484.12 |
| KR18-30-10 | Krowne Metal Royal 1800 Series, Ice Bin, 30" x 19" OA, 7" backsplash, 12" deep bin, 10-circuit cold plate with soda line access, 1/2" drain, 97-lb capacity, bottle racks, stainless steel top, front, sides and legs | 2.0000 | EA | 2.0000 | 0.0000 | 1,153.38 | 2,306.76 |

Continued



**Invoice**

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax: 845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 21 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR-321 | Krowne Metal Full Sliding Cover, for Royal ice bins (specify ice bin model) | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| RS-30 | Krowne Metal Royal Series, Speed Rail, 30" long, Single, built-in, sound deadened, stainless steel | 2.0000 | EA | 2.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-12DST | Krowne Metal Royal 1800 Series, Underbar Hand Sink, 12"W x 24"D OA (to match speedrail depth), (10"W x 12"D x 7" deep bowl), 7"H backsplash, 1-1/2" drain, low-lead compliant splash mounted faucet, soap & towel dispenser, stainless steel top, front, sides & legs | 1.0000 | EA | 1.0000 | 0.0000 | 778.69 | 778.69 |
| KR-701 | Krowne Metal Royal Series, Perforated Dump Basket | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| KR-303 | Krowne Metal Royal Series, Left & Right End Splash Guard (2 each) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| IY-1004A | Indigo Series Ice Maker, cube-style, air-cooled, self-contained condenser, up to 1010-lb approximately/24 hours, DuraTech exterior (stainless finish with innovative clear-coat resists fingerprints & dirt), half-dice size cubes | 1.0000 | EA | 1.0000 | 0.0000 | 3,876.73 | 3,876.73 |
| 32-1870 | Installation Kit, Ice Maker (CCC Item 321870) (ICS Item 321870) | 1.0000 | EA | 1.0000 | 0.0000 | 47.70 | 47.70 |

Continued

# CULINARY depot

**Invoice**

2 Melnick Dr
Monsey, NY  10952
Phone:  845-352-8200
Fax:     845-352-2700

Invoice Number:
**313974**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

**BILL TO:**

Madison Square Tavern Inc
150 West 30th St (Stonefront)
Att:Edward Dobnes
New York, NY  10001

**SHIP TO:**

Madison Square Tavern Inc
150 West 30th St (Stonefront)
Att:Edward Dobnes
New York, NY  10001

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 22 of 22 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 3/19/2015 | 3/19/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313974&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| AR-20000 | Arctic Pure Primary Water Filter Assembly, includes head, shroud, hardware, mounting assembly, and one filter cartridge, 20,000 gallon capacity, 601-1,000 lbs./ice per day | 1.0000 | EA | 1.0000 | 0.0000 | 132.77 | 132.77 |
| K-00339 | Replacement Water Filter Cartridge, for AR-20000 & AR-40000 filters (case of 6) | 1.0000 | CS | 1.0000 | 0.0000 | 273.17 | 273.17 |
| B-970 | Ice Bin, with top-hinged front-opening door, approximately 710 lb ice storage capacity, for top-mounted ice maker, stainless steel exterior | 1.0000 | EA | 1.0000 | 0.0000 | 1,138.70 | 1,138.70 |
| K-00370 | Bin Adapter, 30"" S, Indigo, RFS or RN ice machine to 48"" B-970 bin, no weight limit | 1.0000 | EA | 1.0000 | 0.0000 | 180.81 | 180.81 |
| UCR34Y | Undercounter Refrigerator, two-section, 34"" W, 5.5 cu. ft., shallow depth, (2) doors, (4) shelves, stainless steel exterior & top, aluminum interior, rear-mounted self-contained refrigeration, 6"" casters, 1/6 hp, UL, cUL, UL-EPH, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 1,700.03 | 1,700.03 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 99,300.83 |
| Sales Tax: | 8,316.44 |
| Invoice Total: | 107,617.27 |
| Payments/Credits: | -107,617.27 |

**PLEASE PAY THIS AMOUNT**    0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:**   845-352-8200
**Fax:**       845-352-2700

**Invoice Number:**

**313987**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 3/19/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=313987&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT         0.00



# INVOICE

**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

Invoice Number:

**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|----------|----------|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 10 |
|---------------|------|------------|-----------|---------------|--------------|--------------|
|  | NS | **12/10/2014** | **3/24/2015** | **3/24/2015** | Riva Zucker |  |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|-------------|-------------|---------|-----|---------|-------|------------|--------|
| BBS60 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (16) cu.ft. internal volume, front vented, stainless steel top & sides, (2) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, automatic defrost, interior LED lights centered above each door, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/4 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 2,608.67 | 2,608.67 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 |  | 1.0000 | 0.0000 | 238.50 | 238.50 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 |  | 1.0000 | 0.0000 | 86.85 | 86.85 |
| * | Perlick Corporation Laminated ends, both | 1.0000 |  | 1.0000 | 0.0000 | 195.30 | 195.30 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 |  | 1.0000 | 0.0000 | 243.90 | 243.90 |
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 |  | 1.0000 | 0.0000 | 243.90 | 243.90 |
| C5090-48 | Perlick Corporation Clamp-on Shelf Dividers | 6.0000 | EA | 6.0000 | 0.0000 | 26.46 | 158.76 |
| * | Perlick Corporation 6" leg (set of 4) & black front baseplate | 1.0000 |  | 1.0000 | 0.0000 | 112.46 | 112.46 |

Continued



2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:**     845-352-2700

# INVOICE

Invoice Number:
**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 10 |
|---|---|---|---|---|---|---|
| | NS | **12/10/2014** | **3/24/2015** | **3/24/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| BBS84 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, three section, 84"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (24.8) cu.ft. internal volume, front vented, stainless steel top & sides, (3) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, interior LED lights centered above each door, door locks, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/3 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 3,122.75 | 3,122.75 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 332.17 | 332.17 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 | | 1.0000 | 0.0000 | 91.19 | 91.19 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 205.07 | 205.07 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 | | 1.0000 | 0.0000 | 256.10 | 256.10 |
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 | | 1.0000 | 0.0000 | 256.10 | 256.10 |
| * | Perlick Corporation Glass with Factory Laminated Frame (third door) | 1.0000 | | 1.0000 | 0.0000 | 256.10 | 256.10 |
| C5090-48 | Perlick Corporation Clamp-on Shelf Dividers | 9.0000 | EA | 9.0000 | 0.0000 | 26.46 | 238.14 |

Continued



**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:     845-352-2700**

# INVOICE

Invoice Number:
**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 3 of 10 |
|---|---|---|---|---|---|---|
| | NS | **12/10/2014** | **3/24/2015** | **3/24/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation 6" leg (set of 6) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 124.74 | 124.74 |
| DZS60 | Perlick Corporation Dual-Zone Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, 15.0 cubic feet interior capacity, stainless steel interior, galvanized steel back, automatic defrost & evaporator condensate, digital thermostat, LED interior lighting, pull-out condensing unit, front vented, door locks, floor drain included, side mount compressor, R134a, 1/4 HP, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 2,869.52 | 2,869.52 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 262.35 | 262.35 |
| 69526W-2DA | Perlick Corporation Draft Arm Style Wine Dispensing Kit - (2) Faucets, Chrome (304 stainless steel dispensing heads & faucets, drainer, 304 stainless steel keg couplers, air distributors, 304 stainless steel wine line connectors, air hose, air distributor cover, wine & drain line covers, air scoop & tubing, air sleeve, spanner wrench, drainer tubing - 8', silicone, hardware & fittings) | 1.0000 | EA | 1.0000 | 0.0000 | 720.23 | 720.23 |

Continued



**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:     845-352-2700**

# Invoice

Invoice Number:
**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 4 of 10 |
|---|---|---|---|---|---|---|
| | NS | **12/10/2014** | **3/24/2015** | **3/24/2015** | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation Solid with Laminated Finish (white wine compartment) | 1.0000 | | 1.0000 | 0.0000 | 95.54 | 95.54 |
| 69526W-2DA | Perlick Corporation Draft Arm Style Wine Dispensing Kit - (2) Faucets, Chrome (304 stainless steel dispensing heads & faucets, drainer, 304 stainless steel keg couplers, air distributors, 304 stainless steel wine line connectors, air hose, air distributor cover, wine & drain line covers, air scoop & tubing, air sleeve, spanner wrench, drainer tubing - 8', silicone, hardware & fittings) | 1.0000 | EA | 1.0000 | 0.0000 | 720.23 | 720.23 |
| * | Perlick Corporation Solid with Laminated Finish (red wine compartment) | 1.0000 | | 1.0000 | 0.0000 | 85.14 | 85.14 |
| * | Perlick Corporation Condensing unit cover: Laminate over black | 1.0000 | | 1.0000 | 0.0000 | 85.14 | 85.14 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 214.83 | 214.83 |
| * | Perlick Corporation 6B, 6" leg (set of 4) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 122.76 | 122.76 |

Continued



# INVOICE

**Culinary Depot**

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax: 845-352-2700

Invoice Number:

**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 5 of 10 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| BBS108 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, four section, 108"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (33.5) cu.ft. internal volume, front vented, stainless steel top & sides, (4) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, automatic defrost, interior LED lights centered above each door, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/3 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 3,796.92 | 3,796.92 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 432.64 | 432.64 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 | | 1.0000 | 0.0000 | 92.06 | 92.06 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 207.02 | 207.02 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |
| * | Perlick Corporation Glass with Factory Laminated Frame (third door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:
**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

**BILL TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY 10001**

**SHIP TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY 10001**

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 6 of 10 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker | |

**Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation Glass with Factory Laminated Frame (fourth door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |
| * | Perlick Corporation 6" leg (set of ) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 164.09 | 164.09 |
| BBS60 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (16) cu.ft. internal volume, front vented, stainless steel top & sides, (2) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, automatic defrost, interior LED lights centered above each door, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/4 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 2,765.17 | 2,765.17 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 252.81 | 252.81 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 | | 1.0000 | 0.0000 | 92.06 | 92.06 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 207.02 | 207.02 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax:    845-352-2700

**Invoice Number:**
**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

**BILL TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY  10001**

**SHIP TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY  10001**

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 7 of 10 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 | | 1.0000 | 0.0000 | 106.37 | 106.37 |
| * | Perlick Corporation 6" leg (set of 4) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 118.30 | 118.30 |
| DZS60 | Perlick Corporation Dual-Zone Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, 15.0 cubic feet interior capacity, stainless steel interior, galvanized steel back, automatic defrost & evaporator condensate, digital thermostat, LED interior lighting, pull-out condensing unit, front vented, door locks, floor drain included, side mount compressor, R134a, 1/4 HP, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 2,869.52 | 2,869.52 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 262.35 | 262.35 |

Continued



# INVOICE

2 Melnick Dr
Monsey, NY 10952
Phone: 845-352-8200
Fax:    845-352-2700

Invoice Number:

**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 8 of 10 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 69526W-2DA | Perlick Corporation Draft Arm Style Wine Dispensing Kit - (2) Faucets, Chrome (304 stainless steel dispensing heads & faucets, drainer, 304 stainless steel keg couplers, air distributors, 304 stainless steel wine line connectors, air hose, air distributor cover, wine & drain line covers, air scoop & tubing, air sleeve, spanner wrench, drainer tubing - 8', silicone, hardware & fittings) | 1.0000 | EA | 1.0000 | 0.0000 | 720.23 | 720.23 |
| * | Perlick Corporation Solid with Laminated Finish (white wine compartment) | 1.0000 | | 1.0000 | 0.0000 | 95.54 | 95.54 |
| 69526W-2DA | Perlick Corporation Draft Arm Style Wine Dispensing Kit - (2) Faucets, Chrome (304 stainless steel dispensing heads & faucets, drainer, 304 stainless steel keg couplers, air distributors, 304 stainless steel wine line connectors, air hose, air distributor cover, wine & drain line covers, air scoop & tubing, air sleeve, spanner wrench, drainer tubing - 8', silicone, hardware & fittings) | 1.0000 | EA | 1.0000 | 0.0000 | 720.23 | 720.23 |
| * | Perlick Corporation Solid with Laminated Finish (red wine compartment) | 1.0000 | | 1.0000 | 0.0000 | 85.14 | 85.14 |
| * | Perlick Corporation Condensing unit cover: Laminate over black | 1.0000 | | 1.0000 | 0.0000 | 85.14 | 85.14 |

Continued



# INVOICE

Invoice Number:
**314726**

2 Melnick Dr
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax: 845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

<table>
<tr><td>

**BILL TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY 10001**
</td><td>

**SHIP TO:**

**Madison Square Tavern Inc**
**150 West 30th St (Stonefront)**
**Att:Edward Dobnes**
**New York, NY 10001**
</td></tr>
</table>

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 9 of 10 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 214.83 | 214.83 |
| * | Perlick Corporation 6B, 6" leg (set of 4) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 122.76 | 122.76 |
| BBS60 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (16) cu.ft. internal volume, front vented, stainless steel top & sides, (2) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, automatic defrost, interior LED lights centered above each door, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/4 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 2,765.17 | 2,765.17 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 252.81 | 252.81 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 | | 1.0000 | 0.0000 | 92.06 | 92.06 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 207.02 | 207.02 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 | | 1.0000 | 0.0000 | 106.37 | 106.37 |

Continued

# CULINARY depot

**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:     845-352-2700**

# Invoice

Invoice Number:

**314726**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 10 of 10 |
|---|---|---|---|---|---|---|
|  | NS | 12/10/2014 | 3/24/2015 | 3/24/2015 | Riva Zucker |  |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314726&xamount=2126.32**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation 6" leg (set of 4) & black front baseplate | 1.0000 |  | 1.0000 | 0.0000 | 118.30 | 118.30 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 32,449.55 |
| Sales Tax: | 2,717.65 |
| Invoice Total: | 35,167.20 |
| Payments/Credits: | -33,040.88 |

PLEASE PAY THIS AMOUNT    2,126.32

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:      845-352-2700**

**Invoice Number:**
**314741**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 3/24/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=314741&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

**2 Melnick Dr**
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax:    845-352-2700**

# INVOICE

Invoice Number:
**315017**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| Quote 274031 | NS | 3/25/2015 | 3/26/2015 | 3/26/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=315017&xamount=570.59

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1675KITB48 | Safety System Moveable Gas Connector Kit, 3/4"" inside dia., 48"" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast QD, 1 full port valve, (2) 90Â° elbows, coiled restraining cable with hardware, limited lifetime warranty | 4.0000 | EA | 4.0000 | 0.0000 | 122.00 | 488.00 |
| /DELIVERY | Delivery | 1.0000 | EACH | 1.0000 | 0.0000 | 38.50 | 38.50 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 526.50 |
| Sales Tax: | 44.09 |
| Invoice Total: | 570.59 |

PLEASE PAY THIS AMOUNT      570.59



# Credit Memo

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**  845-352-2700

Invoice Number:
**316411**

**WWW.CULINARYDEPOTINC.COM**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | PEM | | | 4/1/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=316411&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| TPP-67~2 | Pizza Prep, 33-41Â°F pan rail, stainless steel cover, 19.5""D cutting board, stainless steel front, top & sides, (2) full doors, (4) adjustable wire shelves, includes (9) 1/3 size clear polycarbonate insert pans (top), white aluminum interior with stainless steel floor, 5"" castors, front breathing, 1/3 HP, 115v/60/1, 8.6 amps, NEMA 5-15P, 7' cord, NSF-7, MADE IN USA | 1.0000- EA | | 1.0000- | 0.0000 | 3,846.97 | 3,846.97- |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

**Apply to Invoice:**

0313974

| | |
|---|---|
| Net Invoice: | 3,846.97- |
| Sales Tax: | 322.18- |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**  845-352-2700

# INVOICE

Invoice Number:
**316420**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **3/31/2015** | **3/31/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=316420&xamount=4169.15

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| TWT-48F | Work Top Freezer, two-section, -10Â°F, (4) adjustable PVC wire shelves, stainless steel front, top & ends, with aluminum finished back, (2) solid stainless steel doors, white aluminum interior with stainless steel floor, 5"" castors, rear mount, 1/4 HP, 115v/60/1, 6.1 amps, NEMA 5-15P, 7' cord, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 3,846.97 | 3,846.97 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 3,846.97 |
| Sales Tax: | 322.18 |
| Invoice Total: | 4,169.15 |

PLEASE PAY THIS AMOUNT | 4,169.15

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**318439**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| Quote 98 | NS | 1/30/2015 | 4/21/2015 | 4/21/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=318439&xamount=2684.02**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | Custom | 1.0000 | EACH | 1.0000 | 0.0000 | 1,198.60 | 1,198.60 |
| | PASS THRU SHELF 10'-7" LONG x 14" WIDE | | | | | | |
| | CONSISTING OF THE FOLLOWING: 1 1 1 PTS1860 16GA. S/S PASS | | | | | | |
| /CUSTOM | Custom | 1.0000 | EACH | 1.0000 | 0.0000 | 630.50 | 630.50 |
| | 16GA. S/S PASS THRU SHELF - 14" x $485.00 $485.00 79", 1-3/4" CHANNEL ON ALL SIDES, CHANNEL BRACIN | | | | | | |
| /DELIVERY | delivery and install | 1.0000 | EACH | 1.0000 | 0.0000 | 647.50 | 647.50 |
| /OUTSIDELABOR | Outside Labor | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 2,476.60 |
| Sales Tax: | 207.42 |
| Invoice Total: | 2,684.02 |

PLEASE PAY THIS AMOUNT     2,684.02

# CULINARY depot

2 Melnick Dr
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

Invoice Number:
**319050**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 4/23/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=319050&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT    0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

Invoice Number:
**319668**

**WWW.CULINARYDEPOTINC.COM**

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc** | |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | | | 4/24/2015 | | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=319668&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT           0.00

# CULINARY depot

**2 Melnick Dr**
**Monsey, NY 10952**
**Phone: 845-352-8200**
**Fax:   845-352-2700**

# Invoice

Invoice Number:

**325897**

**WWW.CULINARYDEPOTINC.COM**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Quote 766** | NS | **5/6/2015** | **5/7/2015** | **5/7/2015** | Neil Posen | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=325897&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 21-424L | Krowne 14"" Spout, with T&S adapter, low lead compliant (fits Krowne, Encore, & T&S Brass faucets) | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /DELIVERY | no delivery charge | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00



# INVOICE

**2 Melnick Dr.**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

Invoice Number:
**334789**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 5 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **4/30/2015** | **4/30/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=334789&xamount=63537.37

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | mop sink | 1.0000 | EACH | 1.0000 | 0.0000 | 316.09 | 316.09 |
| *~ | Custom Fab ~~ | 1.0000 | | 1.0000 | 0.0000 | 6,760.00 | 6,760.00 |
| HS-2L | Krowne Metal Hand Sink, wall mount, 16"W x 15"D x 14"H O.A., 20 gauge stainless steel construction, 14" wide x 10" front-to-back x 6" deep bowl, low-lead compliant splash mount gooseneck faucet, 1-1/2" drain, stainless steel construction, mounting bracket included, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 146.48 | 146.48 |
| *~~ | wall flashing | 1.0000 | | 1.0000 | 0.0000 | 3,074.89 | 3,074.89 |
| TSS-485 | Advance Tabco Work Table, 48" wide top, without splash, 60" long, with stainless steel legs, side & centered stainless steel crossrails, 14 gauge 304 series stainless steel top, stainless steel bullet feet | 1.0000 | EA | 1.0000 | 0.0000 | 2,344.94 | 2,344.94 |
| TS-12-60 | Advance Tabco Shelf, table mounted, single deck, 12" wide, 60" long, 18 gauge 430 series stainless steel, adjustable working height up to 14" | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| *~~ | Custom ~~ | 1.0000 | | 1.0000 | 0.0000 | 1,232.79 | 1,232.79 |
| /CUSTOM | stand | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| | S/S #304 16ga TOP (stand, per Neils drawing) | | | | | | |
| * | Imperial Swivel casters (set of 4) two with brakes | 1.0000 | | 1.0000 | 0.0000 | 0.00 | 0.00 |
| *~~ | wall flashing | 1.0000 | | 1.0000 | 0.0000 | 2,975.70 | 2,975.70 |
| *~ | Custom Fab ~~ | 1.0000 | | 1.0000 | 0.0000 | 7,280.00 | 7,280.00 |

Continued



**2 Melnick Dr**
**Monsey, NY  10952**
**Phone:  845-352-8200**
**Fax:    845-352-2700**

# INVOICE

Invoice Number:
**334789**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 5 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 4/30/2015 | 4/30/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=334789&xamount=63537.37

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DP67 | Beverage Air Pizza Top Refrigerated Counter, two-section, 67'' W, 27.0 cu. ft., (2) doors, (4) shelves, (3) full size pan capacity, stainless steel top with refrigerated pan rail, stainless steel exterior, aluminum interior, side-mounted self-contained refrigeration, 1/4 HP, 3'' casters (2 with brakes), 19'' cutting, UL, cUL, UL-EPH, NSF, MADE IN USA | 1.0000 | EA | 1.0000 | 0.0000 | 3,370.18 | 3,370.18 |
| KMS-365 | Advance Tabco Work Table, 36'' wide top, with splash at rear only, 60'' long, with adjustable undershelf, stainless steel frame & shelf, 16 gauge 304 series stainless steel top, 5'' backsplash, stainless steel bullet feet | 1.0000 | EA | 1.0000 | 0.0000 | 1,177.42 | 1,177.42 |
| TA-11J | Advance Tabco Sink Welded Into Table Top, 14'' X 16'' X 12'' | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| HDW-2-120-QS | Hatco (QUICK SHIP MODEL) Warming Drawer Unit, Free Standing, two drawers, includes (1) standard 6'' food pan per drawer, stainless steel construction, thermostatic controls, 4'' legs, 900 watts, 120v/60/1 | 1.0000 | EA | 1.0000 | 0.0000 | 1,896.40 | 1,896.40 |

Continued



# Culinary depot

2 Melnick Dr.
Monsey, NY 10952
Phone:  845-352-8200
Fax:    845-352-2700

# Invoice

Invoice Number:
**334789**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 3 of 5 |
|---|---|---|---|---|---|---|
| **Quote 240315** | NS | **3/4/2014** | **4/30/2015** | **4/30/2015** | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=334789&xamount=63537.37

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| KR18-S12 | Krowne Metal Royal 1800 Series, Underbar Glass Storage Unit, 12" x 24" OA (to match speed rail depth), 7" backsplash, drainboard top, cabinet base with open stainless steel bottom, stainless steel top, front, sides & legs | 1.0000 | EA | 1.0000 | 0.0000 | 470.62 | 470.62 |
| KR-SS | Krowne Metal Royal Series, Shelf, for storage cabinet, stainless steel | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| MMNSU/A-7 | Standard Uprights, 84""H, NSF heavy aluminum, for use with cantilevered shelving system, for wall-mounted storage, continuously seam-welded, rust and corrosion resistant, must be used with ceiling brackets, NSF | 13.0000 | EA | 13.0000 | 0.0000 | 0.00 | 0.00 |
| MMNSCB/A6-L | Ceiling Bracket, left, NSF heavy aluminum, for use with cantilevered shelving system | 5.0000 | EA | 5.0000 | 0.0000 | 0.00 | 0.00 |
| MMNSCB/A6-R | Ceiling Bracket, right, NSF heavy aluminum, for use with cantilevered shelving system | 8.0000 | EA | 8.0000 | 0.0000 | 0.00 | 0.00 |
| MMNSDB-K/A-18 | Knob Bracket, Double, 18""L, NSF heavy aluminum, flanges on top left and right, for use with cantilevered shelving system, can be used with wire or solid shelving, these brackets support 2 adjoining shelves on a common upright | 25.0000 | EA | 25.0000 | 0.0000 | 0.00 | 0.00 |

Continued

# CULINARY depot

**INVOICE**

13 Melnick Dr
Monsey, NY 10952
Phone:  845-352-8200
Fax:    845-352-2700

Invoice Number:
**334789**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| **BILL TO:** | **SHIP TO:** |
|---|---|
| Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 | Madison Square Tavern Inc<br>150 West 30th St (Stonefront)<br>Att:Edward Dobnes<br>New York, NY 10001 |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 4 of 5 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 4/30/2015 | 4/30/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=334789&xamount=63537.37

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| MMNSB-K/A-18-L | Knob Bracket, Single, 18""L, regular NSF aluminum, flanges on top left, for use with cantilevered shelving system, can be used with wire or solid shelving | 20.0000 | EA | 20.0000 | 0.0000 | 0.00 | 0.00 |
| MMNSB-K/A-18-R | Knob Bracket, Single, 18""L, regular NSF aluminum, flanges on top right, for use with cantilevered shelving system, can be used with wire or solid shelving | 20.0000 | EA | 20.0000 | 0.0000 | 0.00 | 0.00 |
| KR18-S12 | Royal 1800 Series Underbar Storage Cabinet, drainboard top, 12""W x 24""D x 36-1/2""H, 7""H backsplash, cabinet base with open stainless steel bottom, stainless steel top, front, sides & legs | 1.0000 | EA | 1.0000 | 0.0000 | 631.27 | 631.27 |
| KR-SS | Royal Series, Shelf, for storage cabinet, stainless steel | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| BC-111 | Krowne Metal Bottle opener and catcher, for BC series bottle coolers | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /DELIVERY | Delivery | 1.0000 | EACH | 1.0000 | 0.0000 | 5,382.58 | 5,382.58 |
| /INSTALL | Install | 1.0000 | HR | 1.0000 | 0.0000 | 12,100.00 | 12,100.00 |
| *REFRIGERATION | | 1.0000 | EACH | 1.0000 | 0.0000 | 9,000.00 | 9,000.00 |
| /OUTSIDELABOR | Outside Labor | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /OUTSIDELABOR | Outside Labor | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| /OUTSIDELABOR | Outside Labor | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| VC-86P | Shelf Post, 86""H, chrome plated | 36.0000 | EA | 36.0000 | 0.0000 | 15.28 | 550.08 |
| VEX-86P | Post, 86""H, epoxy coated | 36.0000 | EA | 36.0000 | 0.0000 | 15.28 | 550.08 |

# CULINARY depot

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**334789**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 5 of 5 |
|---|---|---|---|---|---|---|
| Quote 240315 | NS | 3/4/2014 | 4/30/2015 | 4/30/2015 | Riva Zucker | |

Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=334789&xamount=63537.37

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 59,259.52 |
| Sales Tax: | 4,962.98 |
| Invoice Total: | 64,222.50 |
| Payments/Credits: | -685.13 |

**PLEASE PAY THIS AMOUNT** | 63,537.37

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:      845-352-2700**

# Invoice

Invoice Number:
**339040**

**WWW.CULINARYDEPOTINC.COM**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Quote 757** | NS | **5/6/2015** | **5/18/2015** | **5/18/2015** | Neil Posen | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=339040&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| VEX-72P | Post, 72""H, epoxy coated | 8.0000 | EA | 8.0000 | 0.0000 | 0.00 | 0.00 |
| /DELIVERY | no delivery charge | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:    845-352-2700**

# Invoice

Invoice Number:
**342069**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | 3/19/2015 | 5/20/2015 | 5/20/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=342069&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | Custom | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
| | cut down existing ss table and deliver to job site | | | | | | |
| /DELIVERY | no delivery charge | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00



# Culinary Depot

**INVOICE**

2 Melnick Dr
Monsey, NY  10952
Phone:  845-352-8200
Fax:  845-352-2700

Invoice Number:
**364972**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 2 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 5/31/2015 | 5/31/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=364972&xamount=5576.18

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| LAMINATE UPCHAR | Perlick Corporation Upcharge for laminate: Wilsonart Columbian Walnut # 7943-07//Add 1 week to standard lead time. | 1.0000 | EA | 1.0000 | 0.0000 | 1,345.00 | 1,345.00 |
| BBS60 | Perlick Corporation Refrigerated Back Bar Storage Cabinet, two section, 60"W x 24-3/4"D x 34-9/16"H, self-contained refrigeration, (16) cu.ft. internal volume, front vented, stainless steel top & sides, (2) hinged doors with locks, stainless steel interior, galvanized steel back, (2) vinyl-coated shelves per door, digital thermostat, automatic defrost, interior LED lights centered above each door, automatic evaporator condensate, pull-out condensing unit, floor drain included, R134a, 1/4 HP, NSF, cULus | 1.0000 | EA | 1.0000 | 0.0000 | 2,765.17 | 2,765.17 |
| * | Perlick Corporation Laminated Top finishes | 1.0000 | | 1.0000 | 0.0000 | 252.81 | 252.81 |
| * | Perlick Corporation Laminated condensing unit cover | 1.0000 | | 1.0000 | 0.0000 | 92.06 | 92.06 |
| * | Perlick Corporation Laminated ends, both | 1.0000 | | 1.0000 | 0.0000 | 207.02 | 207.02 |
| * | Perlick Corporation Glass with Factory Laminated Frame (first door) | 1.0000 | | 1.0000 | 0.0000 | 258.53 | 258.53 |
| * | Perlick Corporation Glass with Factory Laminated Frame (second door) | 1.0000 | | 1.0000 | 0.0000 | 106.37 | 106.37 |

Continued

# Culinary Depot

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**364972**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 2 |
|---|---|---|---|---|---|---|
| | NS | 12/10/2014 | 5/31/2015 | 5/31/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=364972&xamount=5576.18**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| * | Perlick Corporation 6" leg (set of 4) & black front baseplate | 1.0000 | | 1.0000 | 0.0000 | 118.30 | 118.30 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 5,145.26 |
| Sales Tax: | 430.92 |
| Invoice Total: | 5,576.18 |

**PLEASE PAY THIS AMOUNT** | 5,576.18

# CULINARY DEPOT

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:      845-352-2700**

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**364978**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| **Quote 590** | NS | **4/14/2015** | **5/31/2015** | **5/31/2015** | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=364978&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| WG-2448-B | Work table, stainless steel, galvanized under shelf, 24""X48""X36"", 18 gauge #430 S/S top with 4' backsplash, 18 gauge galvanized undershelf, 18 gauge 15/8: galvanized legs, rounded bull nose corners, adjustable undershelf, NSF | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT    0.00



# Credit Memo

Invoice Number:

**372777**

2 Remick Dr
**Monsey, NY  10952**
**Phone:** 845-352-8200
**Fax:**    845-352-2700

**WWW.CULINARYDEPOTINC.COM**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | PEM | | | 6/9/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=372777&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| BC48-BG | Bottle Cooler, flat top, 48""W x 24""D x 34""H, self-contained refrigeration, (14.5) cases/12oz bottles capacity, (2) sliding lids, (3) adjustable chrome plated divider racks, interior galvanized walls with stainless steel floor, black vinyl over steel exterior front & sides, condensate evaporator, 1/3 HP, 8' cord &  NEMA 5-15P, 5.5 amps, 115v/60hz/1-ph, ETL | 1.0000- | EA | 1.0000- | 0.0000 | 1,484.12 | 1,484.12- |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

**Apply to Invoice:**

0313974

| | |
|---|---|
| Net Invoice: | 1,484.12- |
| Sales Tax: | 124.30- |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00

# CULINARY depot

2 Melnick Dr
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**387161**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | NS | **4/24/2015** | **6/17/2015** | **6/17/2015** | Riva Zucker | |

**Pay online: https://secure.cardknox.com/CulinaryDepot?xinvoice=387161&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| CM12596-60 | top for BBS60 | 1.0000 | EA | 1.0000 | 0.0000 | 0.00 | 0.00 |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

**PLEASE PAY THIS AMOUNT** | 0.00



**Credit Memo**

9 Melnick Dr.
Monsey, NY 10952
**Phone:** 845-352-8200
**Fax:** 845-352-2700

Invoice Number:
**394401**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY 10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 2 |
|---|---|---|---|---|---|---|
| Quote 240315 | PEM | | | 6/25/2015 | Riva Zucker | |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=394401&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| MMNSB-K/A-18-L | Knob Bracket, Single, 18""L, regular NSF aluminum, flanges on top left, for use with cantilevered shelving system, can be used with wire or solid shelving | 20.0000- | EA | 20.0000- | 0.0000 | 0.00 | 0.00 |
| MMNSB-K/A-18-R | Knob Bracket, Single, 18""L, regular NSF aluminum, flanges on top right, for use with cantilevered shelving system, can be used with wire or solid shelving | 20.0000- | EA | 20.0000- | 0.0000 | 0.00 | 0.00 |
| MMNSCB/A6-L | Ceiling Bracket, left, NSF heavy aluminum, for use with cantilevered shelving system | 5.0000- | EA | 5.0000- | 0.0000 | 0.00 | 0.00 |
| MMNSCB/A6-R | Ceiling Bracket, right, NSF heavy aluminum, for use with cantilevered shelving system | 8.0000- | EA | 8.0000- | 0.0000 | 0.00 | 0.00 |
| MMNSDB-K/A-18 | Knob Bracket, Double, 18""L, NSF heavy aluminum, flanges on top left and right, for use with cantilevered shelving system, can be used with wire or solid shelving, these brackets support 2 adjoining shelves on a common upright | 25.0000- | EA | 25.0000- | 0.0000 | 0.00 | 0.00 |
| MMNSU/A-7 | Standard Uprights, 84""H, NSF heavy aluminum, for use with cantilevered shelving system, for wall-mounted storage, continuously seam-welded, rust and corrosion resistant, must be used with ceiling brackets, NSF | 13.0000- | EA | 13.0000- | 0.0000 | 0.00 | 0.00 |

Continued



**Credit Memo**

2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

Invoice Number:
**394401**

**WWW.CULINARYDEPOTINC.COM**

Due Upon Receipt

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 2 of 2 |
|---|---|---|---|---|---|---|
| Quote 240315 | PEM | | | 6/25/2015 | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=394401&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | mop sink | 2.0000- | EACH | 2.0000- | 0.0000 | 316.09 | 632.18- |

Return to Home Depot with Receipt attached.

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

**Apply to Invoice:**

0334789

| | |
|---|---|
| Net Invoice: | 632.18- |
| Sales Tax: | 52.95- |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00

# Culinary *depot*

**Credit Memo**

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**    845-352-2700

**WWW.CULINARYDEPOTINC.COM**

Invoice Number:
**394402**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
| | PEM | | | **6/25/2015** | Riva Zucker | |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=394402&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT        0.00



2 Melnick Dr
Monsey, NY  10952
**Phone:  845-352-8200**
**Fax:     845-352-2700**

# Credit Memo

Invoice Number:

**401596**

**WWW.CULINARYDEPOTINC.COM**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
|  | PEM |  |  | 7/1/2015 | Riva Zucker |  |

**Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=401596&xamount=0.00**

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 300720-X | Lever Handle Drain, 1-1/2""<br>or 2"" IPS connection<br>(FLYER) | 1.0000- | EA | 1.0000- | 0.0000 | 86.34 | 86.34- |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

**Apply to Invoice:**

0313974

| | |
|---|---|
| Net Invoice: | 86.34- |
| Sales Tax: | 7.23- |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT    | 0.00 |

# CULINARY depot

2 Melnick Dr
Monsey, NY  10952
**Phone:**  845-352-8200
**Fax:**     845-352-2700

**WWW.CULINARYDEPOTINC.COM**

# Invoice

Invoice Number:
**666546**

Pay In Advance

| BILL TO: | SHIP TO: |
|---|---|
| **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** | **Madison Square Tavern Inc**<br>**150 West 30th St (Stonefront)**<br>**Att:Edward Dobnes**<br>**New York, NY  10001** |

| CUSTOMER PO # | USER | ORDER DATE | DUE DATE: | INVOICE DATE: | SALESPERSON: | Page 1 of 1 |
|---|---|---|---|---|---|---|
|  | NS | **4/24/2015** | **4/1/2016** | **4/1/2016** | Riva Zucker |  |

Pay online:  https://secure.cardknox.com/CulinaryDepot?xinvoice=666546&xamount=0.00

| ITEM NUMBER | DESCRIPTION | ORDERED | UM | SHIPPED | B / O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| /CUSTOM | Custom | 1.0000 | EACH | 1.0000 | 0.0000 | 0.00 | 0.00 |
|  | Laminate #7943-07 Columbian Walnut |  |  |  |  |  |  |

ANY SHIPPING DISCREPANCIES MUST BE REPORTED
WITHIN 10 DAYS.

PRIOR AUTHORIZATION MUST BE OBTAINED TO RETURN
MERCHANDISE AND MUST BE RETURNED WITHIN 30 DAYS OF
PURCHASE.  A RESTOCK CHARGE MAY BE APPLICABLE.

| | |
|---|---|
| Net Invoice: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 0.00 |

PLEASE PAY THIS AMOUNT          0.00